UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DANETTE KEYSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1404 |
| ) | |
| DENTAL ARTS LABORATORY, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On July 10, 2006, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case.  More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  As the parties failed to present timely objections, any such objections have been waived.  Id.

The Court concurs with the analysis of the Magistrate Judge that Plaintiffs failure to serve Defendant as required by Rule 4(m) despite the Court's warnings warrants the dismissal of this action for failure to prosecute.  Accordingly, the Court now adopts the Report & Recommendation [#3] of the Magistrate Judge in its entirety.  This case is DISMISSED for want of prosecution.

ENTERED this 10th day of August, 2006.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge